McEntire *v.* Pangle *et al.*

Grice, Justice. 1. "It is an elementary rule of construction, as applied to a pleading, that it is to be construed most strongly against the pleader; and that if an inference unfavorable to the right of a party claiming a right under such a pleading may be fairly drawn from the facts stated therein, such inference will prevail in determining the rights of the parties." *Krueger v. MacDougald*, 148 *Ga.* 429 (96 S. E. 867).

2. While the petition in the instant case refers to a loan, it alleges no promise on the part of the plaintiff to pay any sum, and when construed most strongly against the pleader, under the foregoing rule, it shows merely a sale of the property with an oral option to repurchase, the latter being in conflict with the deed and therefore unenforceable, and does not show a security deed with possession held by the grantor. The court did not err in sustaining the general demurrer and dismissing the petition.     *Judgment affirmed. All the Justices concur.*

No. 14774.   March 8, 1944.

T. H. Lang and C. H. Dalton, for plaintiff.
R. Carter Pittman, for defendants.